# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JORGE L. NIEBLA,

    Plaintiff,

v.                                                            CASE NO. 4:06cv282-RH/WCS

MULTI-STATE LITIGATION AND
INTERGOVERNMENTAL AFFAIRS,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 3) and the objections thereto (document 4). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "This action is dismissed without prejudice for failure to pay the filing fee." The clerk shall close the file.

SO ORDERED this 18th day of July, 2006.

                                    s/Robert L. Hinkle
                                    Chief United States District Judge